UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTHER NIES, et al.,

        Plaintiffs,

        v.                        Case No. 24-C-446

DANIEL ASTREL, et al.,

        Defendants.

## ORDER FOR REPLACEMENT COMPLAINT

      Plaintiff Esther Nies filed this personal injury action in the Circuit Court for Brown County on January 2, 2024. The action was removed to federal court on April 12, 2024, based on the court's diversity jurisdiction. 28 U.S.C. § 1332. On June 3, 2024, an amended complaint was filed naming additional plaintiffs, some of whom are minors. Because the amended complaint does not provide the privacy protection mandated by Rule 5.2 of the Federal Rules of Civil Procedure, the Clerk has restricted public access to it on the Court's electronic docket.

      Rule 5.2 requires that, unless the court orders otherwise, if any electronic or paper filing with the court contains the name of any party known to be a minor, the party or nonparty making the filing may include only the minor's initials. Fed. R. Civ. P. 5.2(a)(3). Counsel for the plaintiff has filed an Amended Complaint using the full names of the minor parties without seeking leave to do so. In order to comply with Rule 5.2, counsel is directed to file a replacement amended complaint substituting the initials of the minor plaintiffs for their full names. If two of the minor plaintiffs have the same initials, the number two may be added to the second to distinguish them.

Since the new pleading will simply replace the names of the minors with their initials and not further amend the complaint, Defendants need not file a new answer.

**IT IS HEREBY ORDERED** that counsel shall file a replacement amended complaint in compliance with Fed. R. Civ. P. 5.2 within the next 10 days. Failure to do so may result in sanctions, including dismissal of the same.

Dated at Green Bay, Wisconsin this 30th day of July, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge